COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED SEP 2 2 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. P-05-CR- P05CR 201 |
| Plaintiff, | ) | **I N D I C T M E N T** |
| | ) | [Vio: 8 USC 1326, Entry after Deportation] |
| V. | ) | |
| JUAN DE DIOS RAMIREZ, | ) | |
| Defendant. | ) | |

**The Grand Jury Charges:**

### Count One
### [8 U.S.C. § 1326(a) and (b)(1)]

On or about September 17, 2005, in the Western District of Texas, Defendant,

JUAN DE DIOS RAMIREZ,

an alien, attempted to enter, entered, or was found in the United States, having previously been denied admission, excluded, deported, or removed therefrom, which followed his having been convicted of a felony, and the Defendant had not received the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, the successor for this function pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, to reapply for admission to the United States, being voluntarily in the United States unlawfully.

4

A violation of Title 8, United States Code, Section 1326.

**A True Bill.**

_____
Foreperson

Johnny Sutton
United States Attorney

James J. Miller, Jr.
Assistant United States Attorney