IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | SUPERCEDING INFORMATION |
| | ) | |
| v. | ) | Cause No. P-05-CR-201 |
| | ) | |
| JUAN DE DIOS RAMIREZ, | ) | |
| | ) | |

FILED OCT 27 2005

THE UNITED STATES ATTORNEY CHARGES:

### Count One
[8 U.S.C. § 1325]

On or about September 17, 2005, in the Western District of Texas, Defendant,

JUAN DE DIOS RAMIREZ,

an alien, entered and attempted to enter the United States at any time or place other than as designated by immigration officers.

A violation of Title 8, United States Code, Section 1325(a)(1).

Johnny Sutton
United States Attorney

JAMES J. MILLER, Jr.
Assistant United States Attorney