UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

GOVERNMENT
EXHIBIT
#1

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )
                           )
V.                         )        NO. P-05-CR-201  **FILED**
                           )
JUAN ~~MANUEL ZAMUDIO-PALO~~ARES,  )
                           )                    **OCT 2 7 2005**
          Defendant.       )
                                    CLERK, US DISTRICT COURT
                                    WESTERN DISTRICT OF TEXAS
                **PLEA AGREEMENT**          BY_____DEPUTY CLERK

1.  The Defendant will plead guilty to the superceding
information to a misdemeanor offense.  At the time of sentencing
the United States will file a motion to dismiss the felony
indictment.

2.  The Defendant waives the right to appeal the conviction
and sentence.

3.  The Defendant agrees to and has signed the factual basis
as the foundation for his plea to the superceding information.

4.  This agreement is binding on the United States Attorney
for the Western District of Texas and the Defendant.  The
agreement is not binding on any other United States Attorney or
prosecutorial authority.

5.  There are no other terms or conditions of this
agreement.

                    JOHNNY SUTTON
                    United States Attorney


                    JAMES J. MILLER, JR.
                    Assistant United States Attorney



## **ACKNOWLEDGMENT**

I have read this agreement and discussed it with my attorney. I understand the agreement and will comply with its terms.

Date: 10-27-05

_____
Defendant

_____
Attorney for the Defendant